34 So.2d 871

### Dalton POWERS v. STATE.
### 8 Div. 640.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

34 So.2d 34

### John S. PRINCE v. STATE.
### 6 Div. 502.

Court of Appeals of Alabama.
Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

34 So.2d 34

### Henry, alias Bill PROVITT v. STATE.
### 4 Div. 25.

Court of Appeals of Alabama.
Nov. 18, 1947.
Rehearing Stricken Jan. 13, 1948.

Lightfoot & Bricken, of Luverne, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

36 So.2d 610

### Cecil RAGLAND v. STATE.
### 7 Div. 947.

Court of Appeals of Alabama.
June 1, 1948.

Knox, Liles, Jones & Woolf, of Anniston, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

36 So.2d 611

### James RAY v. STATE.
### 8 Div. 628.

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.